# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| PRIME HEALTHCARE SERVICES-RENO, LLC,<br>Petitioner,<br>vs.<br>THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE SCOTT N. FREEMAN, DISTRICT JUDGE,<br>Respondents,<br>and<br>HEALTH PLAN OF NEVADA, INC.,<br>Real Party in Interest. | No. 73978<br><br>**FILED**<br><br>OCT 1 3 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court partial summary judgment in a breach of contract and declaratory and injunctive relief action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). In particular, petitioner has an adequate remedy in the form of an appeal from the final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                              Stiglich

17-35009

cc: Hon. Scott N. Freeman, District Judge
    Snell & Wilmer, LLP/Reno
    Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
    Washoe District Court Clerk